UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RAYMOND LOUIS**

**VERSUS**

**UNKNOWN,**
*Warden, Louisiana State Penitentiary*[1]

**CIVIL ACTION**

**NO. 25-941-BAJ-SDJ**

## ORDER

Before the Court is a Petition for Writ of Habeas Corpus filed by Petitioner Raymond Louis on October 16, 2025. (R. Doc. 1). On December 16, 2025, Respondents filed a response indicating that Petitioner was to be removed from the United States to Haiti on January 8, 2026. (R. Doc. 3 at 1). Considering this representation, and in the interest of judicial efficiency,

**IT IS ORDERED** that, within three days of this order, Respondents shall file a notice updating the Court on the status of Petitioner's removal.

Signed in Baton Rouge, Louisiana, on February 5, 2026.

SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner has identified Respondents by their titles rather than their names. While their names are unknown to Petitioner, they are not unknown entities.